**Electronically Filed
Supreme Court
SCWC-21-0000435
15-APR-2025
02:31 PM
Dkt. 30 ODAC**

SCWC-21-0000435

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

AURORA LOAN SERVICES LLC,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL JON SZYMANSKI,
Petitioner/Defendant-Appellant,

and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS
NOMINEE FOR COUNTRYWIDE MORTGAGE VENTURES, LLC DBA WESTERN
PARADISE FINANCIAL; and WAILEA COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000435; CASE NO. 2CC101000507)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Somerville, in place of Recktenwald, C.J.,
recused)

Petitioner's Application for Writ of Certiorari, filed

on February 20, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 15, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Rowena A. Somerville

